UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 20, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TIMOTHY A. LEGGETT, ) <br> ) <br> Defendant. ) | Case No. 2:17MJ00158-AC <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __TIMOTHY A. LEGGETT__ , Case No. __2:17MJ00158-AC__ , Charge __36CFR § 4.23(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of $__

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    __ (Other) __

Issued at __Sacramento, CA__ on __September 20, 2017__ at __2:29 pm__ .

             By  /s/ Allison Claire/s/ Allison Claire
                Allison Claire
                United States Magistrate Judge

Copy 2 - Court